IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 22-00746 |
| | ) | Chapter 7 |
| Camara Bowden, | ) | Honorable Judge Donald R. Cassling |
| | ) | Hearing Date: |
| Debtor. | ) | Hearing Time: |

## NOTICE OF OBJECTION TO MOTION TO COMPEL ABANDONMENT

**PLEASE TAKE NOTICE THAT** Trustee Ira Bodenstein, hereby objections to the Motion of Camara Bowden, Debtor to Compel Abandonment, and to Shorten Notice filed on March 29, 2022 [Dkt. No. 21] and requests that it be called for presentment on April 5, 2022 at 9:30 a.m.

Dated: April 1, 2022

Respectfully submitted,

*/s/ Ira Bodenstein*
Ira Bodenstein, chapter 7 trustee for
Camara Bowden

Ira Bodenstein
Cozen O'Connor
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
Tel: 312-474-1647
ibodenstein@cozen.com

102899112.v1

## **CERTIFICATE OF SERVICE**

I, Ira Bodenstein, certify that I served a copy of this notice by the court's CM/ECF on the following parties:

/s/ Ira Bodenstein

**Mailing Information for Case 22-00746**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ira Bodenstein**     iratrustee@cozen.com, IL29@ecfcbis.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Justin R. Storer**   jstorer@wfactorlaw.com, bharlow@wfactorlaw.com

102899112.v1