UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Camara Bowden<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 22-00746<br><br>Chapter: 7<br>Honorable Donald R. Cassling |

**ORDER GRANTING MOTION TO COMPEL ABANDONMENT AND SHORTENING NOTICE**

This matter, coming to be heard on the Debtor's motion to compel abandonment of the Debtor's interest in a certain disability policy, this Court having jurisdiction; and after due deliberation and consideration of the motion it is hereby ORDERED

1. The motion is granted.
2. The bankruptcy estate abandons all right, title and interest in the Debtor's right to receive disability benefits from the Debtor's Northwestern Mutual Life Insurance Company Disability Income Plan, for which the policy number ends in 1-092, which policy is dated February 28, 2009.
3. Northwestern Mutual Life Insurance Company is authorized to pay any and all disability benefits due and owing to Camara Bowden under the Plan ending in 1-092, policy date February 28, 2009, directly to Camara Bowden, in accord with its usual policies and procedures.
4. This abandonment is limited solely to the policy identified above and will have no effect on the bankruptcy estates right to seek turnover of the proceeds of any other insurance policy in which the Debtor may have an interest.
5. Notice of this motion is found to be sufficient under the circumstances.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: May 10, 2022

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602