**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Case No. 22-00746 |
| CAMARA BOWDEN, | ) |
| | ) Hon. Donald R. Cassling |
| Debtor. | ) |
| | ) |
| | ) |

**TRUSTEE'S REPORT OF SALE**

Ira Bodenstein, not individually, but as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Camara Bowden (the "Debtor"), pursuant to the provisions of Fed. R. Bankr. P. 6004(f)(1), hereby submits his report of sale:

1. On July 5, 2022 the Court entered an order authorizing the Trustee to retain Thomas K. Mowery and the auction house American Auction Associates (collectively, "American Auction") to sell four vehicles (the "Vehicles") which were property of the Estate as follows:

| | |
|---|---|
| 2011 Ford Ranger Sport SuperCab, 4WD | VIN 1FTLR4FE8BPA04420 |
| 2016 Toyota Tacoma SR5, 4WD | VIN 5TFSX5EN8GX043418 |
| 2016 Toyota Tacoma SR5, 4WD | VIN 5TFSX5EN8GX044521 |
| 2016 Toyota Tacoma SR5, 4WD | VIN 5TFSX5EN8GX044156 |

2. On July 23, 2022, American Auction sold the Vehicles at auction and received total gross sale proceeds of $16,667.50.

3. After the deduction of approved auction sale expenses, the total net sale proceeds sent to the Trustee were $14,750.00. A copy of the American Auction report is attached hereto as Exhibit 1.

4. As set forth in Exhibit 1, the trustee will be sending American Auction a check in the amount of $1,126.38 for the bankruptcy estate's portion of additional sale expenses incurred. After making that payment, the total net sale proceeds available for distribution will be $13,623.62.

Respectfully submitted,

Ira Bodenstein, not individually, but as chapter 7 Trustee for the estate of Camara Bowden

Dated: August 29, 2022

By: */s/ Ira Bodenstein*
One of his attorneys

Ira Bodenstein
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Tel: (312) 382-3100

LEGAL\59271921\1

# CERTIFICATE OF SERVICE

I, Ira Bodenstein, certify that I served a copy of the attached on each entity shown on the attached list at the address shown and by the method indicated on the list on August 29, 2022.

## Mailing Information for Case 22-00746

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ira Bodenstein**     iratrustee@cozen.com, IL29@ecfcbis.com
- **Joel P Fonferko**    bkpleadingsNORTHERN@il.cslegal.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Justin R. Storer**   jstorer@wfactorlaw.com, bharlow@wfactorlaw.com

## Via U.S. Regular Mail

Camara Bowden
11624 S. Bell Avenue
Chicago, IL  60643

# **EXHIBIT 1**



# AMERICAN AUCTION ASSOCIATES, INC.

August 6, 2022

Mr. Ira Bodenstein
Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606

RE:  Auction Summary - Camara Bowden             Case No. 22-00746

| | | | |
|---|---|---:|---|
| (A) | 2016 Toyota Tacoma - VIN 5TFSX5EN8GX043418 | $ 6,667.00 | |
| (B) | 2016 Toyota Tacoma - VIN 5TFSX5EN8GX044521 | $ 4,633.00 | |
| (C) | 2016 Toyota Tacoma - VIN 5TFSX5EN8GX044156 | $ 4,237.50 | |
| (D) | 2011 Ford Ranger - VIN 1FTLR4FE8BPA04420 | $ 1,130.00 | |
| | Total Sale Proceeds | | $ 16,667.50 |
| | Less: Auctioneer's Buyer's Premium | | $ (1,475.00) |
| | Less: Bidspotter 3% Selling Fee | | $   (442.50) |
| | Net Auction Proceeds | | $ 14,750.00 |

Sold To:  
(A & B) - Serhiy Vladymyrov  
Northwest Motors, Inc  
2459 S. IL Route 83  
Mundelein, IL 60060  

(C) - Luis Martinez  
Martinez & Son Iron Works  
2419 S. Trumbull Ave.  
Chicago, IL 60623  

(D) - Emmanuel Adetula  
Tulatax LLC  
Los Angelos, CA 90044  

Expenses:

| Date | Description | Amount |
|---|---|---:|
| 5/20/2022 | K & R Towing - Relocating Four Vehicles to Hoffman Estates | $ 850.00 |
| 7/6/2022 | 1-Personnel to Prepare Vehicles for Auction-16.52% Share of $300.00 | $ 49.56 |
| 7/15/2022 | Advertising-Contractor's Hotline-1/2 Page Ad-16.52% Share of $298.00 | $ 49.23 |
| 7/22/2022 | 1-Personnel to Staff Pre-Auction Inspection-16.52% Share of $300.00 | $ 49.56 |
| 7/23/2022 | Auction Registration/Collection Clerk-16.52% Share of $200.00 | $ 33.04 |
| 7/23/2022 | Auction Bookkeeper-16.52% Share of $200.00 | $ 33.04 |
| 7/23/2022 | Bidspotter Online Bidding Platform Fee-16.52% Share of $375.00 | $ 61.95 |
| | Total Expenses | $ 1,126.38 |

Please remit expense reimbursement to:

American Auction Associates, Inc.
3551 Lakeview Drive
Algonquin, Illinois 60102



# Ron's TOWING
## (708) 205-8241

| DATE | 5-18-22 | AM / PM | PHONE | |
|---|---|---|---|---|
| UNIT AT | 6602 May Chgo | | | |
| OWNER | American Auction Ass | | | |
| ADDRESS | | | | |
| CITY | | STATE | ZIP | |
| MAKE | 2. Toyota P/U / 1 Ford AU | MODEL | LICENSE # | |
| START | STOP | TOTAL MILES | COLOR White | |

VEHICLE DELIVERED TO: Yard in Hoffman Est

| | |
|---|---|
| TOWING CHARGE: | $850.00 |
| MILES CHARGE: | $ |
| WINCHING CHARGE: | $ |
| FLAT TIRE CHARGE: | $ |
| TOLLS: | $ |
| STORAGE: | $ |
| JUMP START: | $ |
| LOCK OUT CHARGE: | $ |
| TOTAL: | 850.00 |

$60.00 CHARGE FOR N.S.F CHECK

SIGNATURE

**DAMAGE ON CAR BEFORE TOW**

LOW TIRE ___
FLAT TIRE ___
BROKEN GLASS ___
SPLASH PAN ___
BUMPER BENT ___
SCRATCHED ___
DENTED ___
BROKEN GRILL ___

NOT RESPONSIBLE FOR CONTINENTAL KITS STEERING, PERSONAL PROPERTY LEFT IN CARS, DAMAGE CAUSED BY FAULTY TIRE. NO RESPONSIBILITY AFTER CAR IS DROPPED.

```
8/5/2022                                     Heath Industrial                                    Page: 1
09:10:42                               Sold, Unsold, & Buyback Lots                         v9.08-Clerking-43
```

Auction ID-Name: 607 - Summer Car, Truck & Forklift Sale

| Lot# | BidCard# | Source | Description | Qty | Reserve | Bid Amount |
|---|---|---|---|---|---|---|
| 1 | 94 | HEATH CO:1100 | 132804 - 2006 FORD ECONOLINE E-350 SUPER DUTY CARGO VAN, 6.8L V10 SOHC, VIN 1FTSE34S56HA42178 (MILEAGE UNKNOWN) | 1.00 | | 1,320.00 s |
| 2 | 70 | HEATH CO:1100 | 132805 - 2009 FORD ECONOLINE E-150 CARGO VAN, 4.6L V8 SOHC 16V, VIN 1FTNE14W59DA13344, MILEAGE UNKNOWN, THIS VEHICLE HAS A SALVAGE TITLE | 1.00 | | 550.00 s |
| 3 | 5064 | HEATH CO:1100 | 132806 - 2011 FORD RANGER XLT SPORT SUPERCAB, 4WD, 4.0L V6 SOHC 245 CID, LIGHT BAR, LOCKING BED COVERS, VIN 1FTLR4FE8BPA04420, 280,694 MILE SHOWN ON ODOMETER | 1.00 | | 1,100.00 s |
| 4 | 5076 | HEATH CO:1100 | 132807 - 2016 TOYOTA TACOMA SR5 EXTENDED CAB, 4WD, 2.7L L4 DOHC 164 CID, LOCKING DIAMOND PLATE BED COVERS, PULLOUT BED TRAY, AIR COMPRESSOR AND HOSE, VIN 5TFSX5EN8GX043418, 188,142 MILES SHOWN ON ODOMETER | 1.00 | | 6,490.00 s |
| 5 | 5076 | HEATH CO:1100 | 132808 - 2016 TOYOTA TACOMA SR5 EXTENDED CAB, 4WD, 2.7L L4 DOHC 164 CID, LOCKING DIAMOND PLATE BED COVERS, PULLOUT BED TRAY, AIR COMPRESSOR AND HOSE, VIN 5TFSX5EN8GX044521, 192,697 MILES SHOWN ON ODOMETER | 1.00 | | 4,510.00 s |
| 6 | 5146 | HEATH CO:1100 | 132809 - 2016 TOYOTA TACOMA SR5 EXTENDED CAB, 4WD, 2.7L L4 DOHC 164 CID, LOCKING DIAMOND PLATE BED COVERS, PULLOUT BED TRAY, AIR COMPRESSOR AND HOSE, VIN 5TFSX5EN8GX044156, 154,438 MILES SHOWN ON ODOMETER (TITLE WILL BE DELAYED UNTIL RECEIPT OF RELEASE FROM | 1.00 | | 4,125.00 s |

```
8/5/2022                                                                                                  Page: 2
09:10:42                                                                                             v9.08-Clerking-43

                                        Heath Industrial
                                  Sold, Unsold, & Buyback Lots

Auction ID-Name: 607 - Summer Car, Truck & Forklift Sale

Lot#  BidCard#  Source         Description                                                 Qty    Reserve  Bid Amount

7     5076      HEATH CO:1100  132810 - 2017 TOYOTA RAV4 LE AWD SRV 4-CYL.                 1.00            17,600.00 s
                               2.5L FI DOH
                               152 CID, VIN 2T3BFREV0HW594371, 70,130 MILES
                               SHOWN ON ODOMETER (TITLE WILL BE DELAYED
                               UNTIL LENDER RECEIVES PAYOFF)
                               LENDER)

8     999       HEATH CO:1100  132811 - 2009 KIA SPORTAGE LX SUV, FWD, 2.0L                1.00                0.00 ns
                               L4, DOHC, VIN
                               KNDJF7246F7575803, 114,744 MILES SHOWN ON
                               ODOMETER (NOTE:  THIS VEHICLE HAS A
                               RE-BUILT TITLE)

9     5111      HEATH CO:1100  132812 - 2012 BMW 535I XDRIVE 6-CYL. 3.0L TWIN              1.00            12,650.00 s
                               TURBO DOHC
                               182 CID, LEATHER INTERIOR, VIN
                               WBAFU7C54CDU59167, 109,242 MILES SHOWN ON
                               ODOMETER (TITLE WILL BE DELAYED UNTIL
                               LENDER RECEIVES PAYOFF)

10    5076      HEATH CO:1100  132813 - 2004 HONDA ACCORD EX SEDAN, 3.0L                   1.00             3,575.00 s
                               V-6, SUNROOF,
                               LEATHER INTERIOR, VIN 1HGCM66574A039208,
                               127,275 MILES SHOWN ON ODOMETER

11    999       HEATH CO:1100  132814 - 2015 Chevrolet Model Silverado 3500 LTZ            1.00                0.00 ns
                               Pick-Up
                               Truck, VIN: 1GC5K0EG3FZ126539, Automatic
                               Transmission, Double Cab, 4-Wheel Drive, Fifth Wheel
                               Mount in Bed, 187,925 Miles on odometer, Double
                               Cab, 4-Wheel Drive, Fifth Wheel Mount in Bed

12    5081      HEATH CO:1100  132815 - 1998 CHAPARRAL 2135 SPORT 21FT                     1.00            10,010.00 s
                               SPEED BOAT,
                               MERCRUISER 5.0 LITER ENGINE, WITH HERITAGE
                               TANDEM AXLE TRAILER
```

```
8/5/2022                                     Heath Industrial                                    Page: 3
09:10:42                              Sold, Unsold, & Buyback Lots                               v9.08-Clerking-43
```

Auction ID-Name: 607 - Summer Car, Truck & Forklift Sale

| Lot# | BidCard# | Source | Description | Qty | Reserve | Bid Amount |
|---|---|---|---|---|---|---|
| 13 | 999 | HEATH CO:1100 | 132816 - 2003 HARLEY-DAVIDSON FXD, 1450CC, VIN 1HD1GH73K330077, 19,700 MILES SHOWN ON ODOMETER | 1.00 | | 0.00 NS |
| 14 | 5139 | HEATH CO:1100 | 132817 - 2009 BACCIO (ZHENHUA WANGYE) VX150 150CC SCOOTER, VIN LFFWKT1C291000639, 2,957 MILES SHOWN ON ODOMETER | 1.00 | | 990.00 S |
| 15 | 5139 | HEATH CO:1100 | 132818 - 2008 ROKETA ARUBA SCOOTER, 250CC, VIN 5RYMC05448S051403, 2,716 MILES SHOWN ON ODOMETER | 1.00 | | 880.00 S |
| 15a | 5097 | HEATH CO:1100 | 132831 - CLARK 30,000 LB. MODEL C500Y300 DIESEL YARD LIFT, S/N Y2030-2-4357, WITH ENCLOSED CAB, 8' FORKS, 5974 HOURS ON METER | 1.00 | | 20,075.00 S |
| 16 | 5076 | HEATH CO:1100 | 132819 - TOYOTA 7,000 LB 52-6FGCU35 LPG FORKLIFT, 48" FORKS, SIDE SHIFT, S/N 62457, 6,800 HOURS SHOWN ON METER | 1.00 | | 6,050.00 S |
| 17 | 999 | HEATH CO:1100 | 132820 - TOYOTA 3,500 LB 7FGU25 LPG FORKLIFT, 36" FORKS, SIDE SHIFT, S/N 72648, 18,605 HOURS SHOWN ON METER | 1.00 | | 0.00 NS |
| 18 | 5134 | HEATH CO:1100 | 132821 - CLARK 6,000 LB GCS30MB LPG FORKLIFT, 42" FORKS, S/N G138MB-0599-6961K0F, 8,966 HOURS SHOWN ON METER | 1.00 | | 2,200.00 S |
| 19 | 5072 | HEATH CO:1100 | 132822 - CLARK LP FORKLIFT, 5560 HOURS ON METER, NO ID PLATE, 10,000LB. LIFT CAP. | 1.00 | | 1,760.00 S |

8/5/2022  
09:10:42

Case 22-00746    Doc 46    Filed 08/29/22    Entered 08/29/22 13:34:21    Desc Main
                Document      Page 10 of 10

Page: 4  
v9.08-Clerking-43

Heath Industrial  
Sold, Unsold, & Buyback Lots

Auction ID-Name: 607 - Summer Car, Truck & Forklift Sale

| Lot# | BidCard# | Source | Description | Qty | Reserve | Bid Amount |
|---|---|---|---|---|---|---|
| 20 | 999 | HEATH CO:1100 | 132823 - YALE LP FORKLIFT, MODEL GLC050DENUAQ084, 3,000LB. LIFT CAPACITY, S/N A823N01809S, HOURS UNKNOWN (RUNS, BUT WILL NOT GO FORWARD OR BACK) | 1.00 | | 0.00 NS |
| 21 | 999 | HEATH CO:1100 | 132824 - HYSTER 4,000 LB S40XM LPG FORKLIFT, 40" FORKS, SIDE SHIFT, S/N D187V2112Y, HOURS UNKNOWN | 1.00 | | 0.00 NS |
| 22 | 5072 | HEATH CO:1100 | 132825 - KALMAR AC 4,600 LB C50 LPG FORKLIFT, 48" FORKS, SIDE SHIFT, S/N 175302A, HOURS UNKNOWN | 1.00 | | 1,980.00 S |
| 23 | 999 | HEATH CO:1100 | 132826 - ALLIS-CHALMERS LP FORKLIFT, MODEL ACC-50-L-PS, 4,950LB. LIFT CAPACITY, 48" FORKS, S/N ACH115230 (WILL NOT RUN, ENGINE SMOKES) | 1.00 | | 0.00 NS |
| 24 | 5117 | HEATH CO:1100 | 132827 - PAIR OF FORKS, 72" X 6" | 1.00 | | 550.00 S |
| 25 | 5117 | HEATH CO:1100 | 132828 - PAIR OF FORKS, 72" X 5" | 1.00 | | 385.00 S |
| 26 | 5117 | HEATH CO:1100 | 132829 - PAIR OF FORKS, 60" X 4" | 1.00 | | 330.00 S |
| 27 | 5104 | HEATH CO:1100 | 132830 - SKYJACK MODEL 3220 SCISSOR LIFT, 20 FT PLATFORM HEIGHT, 800LB. CAP. S/N 60183, MANUFACTURED 7/90 (COULD NOT GET RUNNING) | 1.00 | | 1,100.00 S |
| | | | Sold Lots Auction Total: | 21.00 | 0.00 | 98,230.00 |
| | | | Not Sold Lots Auction Total: | 7.00 | 0.00 | 0.00 |

A * indicates this lot # was part of a group.