**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division  DIVISION**

In re:  BOWDEN, CAMARA

§   Case No. 22-00746
§
§
§

Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/23/2022. The undersigned trustee was appointed on 01/23/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          14,750.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,126.38 |
| Bank service fees | 224.71 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 480.94 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 12,917.97 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/07/2022 and the deadline for filing governmental claims was 07/22/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,176.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,176.91, for a total compensation of $2,176.91[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $24.00 for total expenses of $24.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/18/2023                          By: /s/ Ira Bodenstein
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A
Page: 1

**Case No.:**  22-00746
**Case Name:**  BOWDEN, CAMARA

**For Period Ending:**  09/18/2023

**Trustee Name:**  (330129) Ira Bodenstein
**Date Filed (f) or Converted (c):**  01/23/2022 (f)
**§ 341(a) Meeting Date:**  02/15/2022
**Claims Bar Date:**  10/07/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 11624 S. Bell Ave., Chicago, IL 60643-0000, Cook County | 360,000.00 | 0.00 | | 0.00 | FA |
| 2 | 4728 S. Prairie Ave., Chicago, IL 60615-0000, Cook County | 685,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2003 Lexus ES-300, 190000 miles | 500.00 | 500.00 | | 0.00 | FA |
| 4 | 2018 Mazda CX-9, 40000 miles | 11,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2017 Lexus GS-350, 46000 miles | 30,632.00 | 308.86 | | 0.00 | FA |
| 6 | Contents of three-bedroom, three-and-a-half-bath home: Three bedroom sets, living room set, dining room set, snowblower, kitchenware | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | Four tvs, two computers, iPad, cell phone | 500.00 | 500.00 | | 0.00 | FA |
| 8 | Household decor | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Bicycle | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Necessary wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 11 | One Yorkie ("Harlem") | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Checking: Bank of America, x1099 | 1,052.03 | 0.00 | | 0.00 | FA |
| 14 | Savings: Bank of America, x2427 | 1,700.79 | 0.00 | | 0.00 | FA |
| 15 | Checking: Chase, x9668 | 415.99 | 0.00 | | 0.00 | FA |
| 16 | Savings: Chase, x2527 | 100.01 | 0.00 | | 0.00 | FA |
| 17 | Savings: Chase, x7227 | 100.24 | 0.00 | | 0.00 | FA |
| 18 | Brokerage: Robin Hood | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Checking: Marquette Bank x9437 | 50.00 | 0.00 | | 0.00 | FA |
| 20 | Nonpublic stock and businesses: ACD Emergency Road Services LLC, (dissolved) owns half-interest in three Toyota Tacomas and one Ford Ranger, owns two tow trucks (financed with Ascentium) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | OCB Properties LLC (dissolved), owns Chase account x5654 with $170, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Olimade Towing Services LLC (owns 33%, joint with wife and Michael Hopkins), 33% ownership | Unknown | Unknown | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 2

**Case No.:** 22-00746

**Case Name:** BOWDEN, CAMARA

**For Period Ending:** 09/18/2023

**Trustee Name:** (330129) Ira Bodenstein

**Date Filed (f) or Converted (c):** 01/23/2022 (f)

**§ 341(a) Meeting Date:** 02/15/2022

**Claims Bar Date:** 10/07/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | 401 (k): Fidelity | 40,000.00 | 0.00 | | 0.00 | FA |
| 24 | Ret. or Pension Acct.: People's Gas provides a pension, not vested at petition date | Unknown | Unknown | | 0.00 | FA |
| 25 | Bright Start, debtor owns account for kids' benefit | 21,900.00 | 0.00 | | 0.00 | FA |
| 26 | Int. in Ins. policies: Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 27* | 2016 Toyota Tacoma, 200000 miles (u)<br>Registered jointly to debtor and ACD. Entire property value: $1,000.00 (See Footnote) | 1,000.00 | 519.06 | | 5,900.00 | FA |
| 28* | 2016 Toyota Tacoma, 200000 miles (u)<br>Registered jointly to debtor and ACD. Entire property value: $2,500.00 (See Footnote) | 2,500.00 | 2,500.00 | | 4,100.00 | FA |
| 29* | 2016 Toyota Tacoma, 200000 miles (u)<br>Registered jointly to debtor and ACD. Entire property value: $2,500.00 (See Footnote) | 2,500.00 | 2,500.00 | | 3,750.00 | FA |
| 30* | 2011 Ford Ranger, 300000 miles (u)<br>Registered jointly to debtor and ACD. Entire property value: $1,250.00 (See Footnote) | 1,250.00 | 1,250.00 | | 1,000.00 | FA |
| 31 | 2017 Nissan Frontier, 150000 miles (u)<br>Entire property value: $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 32 | Northwestern Mutual: Debtor is entitled to disability in the amount of $2,000 per month, plus an ~$16,000 arrerarage as of petition date: Camara Bowden (u) | 18,000.00 | 0.00 | | 0.00 | FA |
| 33 | Northwestern Mutual (x4294, x3880, x9357), "adjustable complife" policy: Dantea Grayson (debtor's wife) (u) | 25,042.02 | 0.00 | | 0.00 | FA |
| **33** | **Assets Totals (Excluding unknown values)** | **$1,204,593.08** | **$9,077.92** | | **$14,750.00** | **$0.00** |

RE PROP# 27    Auction sale 7/23/22 Approved 7/5/22 Docket #39

RE PROP# 28    Auction sale 7/23/22 Approved 7/5/22 Docket # 39

RE PROP# 29    Auction sale 7/23/22 Approved 7/5/22 Docket # 39

RE PROP# 30    Auction sale 7/23/22 Approved 7/5/22 Docket # 39

**Major Activities Affecting Case Closing:**

04/12/23 Waiting for final documents from debtor re: potential asset.

**Initial Projected Date Of Final Report (TFR):** 03/31/2023

**Current Projected Date Of Final Report (TFR):** 03/31/2024

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:**   22-00746

**Case Name:**   BOWDEN, CAMARA

**For Period Ending:**   09/18/2023

**Trustee Name:**   (330129) Ira Bodenstein

**Date Filed (f) or Converted (c):**   01/23/2022 (f)

**§ 341(a) Meeting Date:**   02/15/2022

**Claims Bar Date:**   10/07/2022

| 09/18/2023 | /s/Ira Bodenstein |
|---|---|
| Date | Ira Bodenstein |

# Form 2

Exhibit B

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case No.:** | 22-00746 | |
| **Case Name:** | BOWDEN, CAMARA | |
| **Taxpayer ID #:** | **-***4135 | |
| **For Period Ending:** | 09/18/2023 | |

| | |
|---|---|
| **Trustee Name:** | Ira Bodenstein (330129) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0274 Checking |
| **Blanket Bond (per case limit):** | $43,523,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/22/22 | | American Auction Associates, Inc | Sale of vehicles approved 7/5/22 Dkt # 39/ Auction occurred 7/23 /22 | | 14,750.00 | | 14,750.00 |
| | {27} | | Auction sale 7/23/22 Approved 7/5/22 Docket # 39 $5,900.00 | 1229-000 | | | |
| | {28} | | Auction sale 7/23/22 Approved 7/5/22 Docket # 39 $4,100.00 | 1229-000 | | | |
| | {29} | | Auction sale 7/23/22 Approved 7/5/22 Docket # 39 $3,750.00 | 1229-000 | | | |
| | {30} | | Auction sale 7/23/22 Approved 7/5/22 Docket # 39 $1,000.00 | 1229-000 | | | |
| 08/29/22 | 101 | American Auction Associates, Inc | Payment of Auction expenses Order entered 7/6/22 Dkt # 39 Deposited 8/29/22 IB | 3620-000 | | 1,126.38 | 13,623.62 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.51 | 13,618.11 |
| 09/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 22.24 | 13,595.87 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 21.06 | 13,574.81 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 23.20 | 13,551.61 |
| 12/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 21.71 | 13,529.90 |
| 01/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 23.12 | 13,506.78 |
| 02/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.20 | 13,486.58 |
| 03/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 22.33 | 13,464.25 |
| 04/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.14 | 13,444.11 |
| 05/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 23.70 | 13,420.41 |
| 06/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 21.50 | 13,398.91 |
| 09/01/23 | 102 | CAMARA BOWDEN | Exemption payment on 2016 Toyota Tacoma | 8100-002 | | 480.94 | 12,917.97 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 14,750.00 | 1,832.03 | **$12,917.97** |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| **Subtotal** | | 14,750.00 | 1,832.03 | |
| Less: Payments to Debtors | | | 480.94 | |
| **NET Receipts / Disbursements** | | **$14,750.00** | **$1,351.09** | |

{ } Asset Reference(s)          **UST Form 101-7-TFR (5/1/2011)**          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-00746 | **Trustee Name:** | Ira Bodenstein (330129) |
| **Case Name:** | BOWDEN, CAMARA | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***4135 | **Account #:** | ******0274 Checking |
| **For Period Ending:** | 09/18/2023 | **Blanket Bond (per case limit):** | $43,523,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $14,750.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $480.94 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $14,269.06 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0274 Checking | $14,750.00 | $1,351.09 | $12,917.97 |
| | **$14,750.00** | **$1,351.09** | **$12,917.97** |

09/18/2023

Date

/s/Ira Bodenstein

Ira Bodenstein

UST Form 101-7-TFR (5/1/2011)

Page: 1

## Exhibit C

## Analysis of Claims Register

### Case: 22-00746 CAMARA BOWDEN

Claims Bar Date: 10/07/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| D0 | BMO Harris<br>PO Box 94934<br>Lincolnshire, IL 60069<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| D0 | Chase<br>PO Box 15369<br>Wilmington, DE 19850<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| D0 | Chase Home Mortgage<br>700 Kansas Lane<br>Monroe, LA 71203<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| D0 | Homepoint<br>PO Box 619063<br>Dallas, TX 75261<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| D0 | Homepoint<br>PO Box 619063<br>Dallas, TX 75261<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| D0 | Peoples Energy Credit Union<br>200 E. Randolph St.<br>22nd Floor<br>Chicago, IL 60601<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 2

## Exhibit C

## Analysis of Claims Register

### Case: 22-00746 CAMARA BOWDEN

Claims Bar Date: 10/07/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Ira Bodenstein<br>123 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>09/01/23 | | $2,176.91<br>$2,176.91 | $0.00 | $2,176.91 |
| TE | Ira Bodenstein<br>123 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>07/25/23 | | $24.00<br>$24.00 | $0.00 | $24.00 |
| | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664<br><5600-000 Consumer Deposits - § 507(a)(7)><br>, 540 | Priority<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><5600-000 Consumer Deposits - § 507(a)(7)><br>, 540 | Priority<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 4P | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 191017317<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>07/19/22 | | $35,716.58<br>$35,716.58 | $0.00 | $35,716.58 |
| | 1C System Inc<br>PO Box 64378<br>Saint Paul, MN 55164<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

### Case: 22-00746 CAMARA BOWDEN

Claims Bar Date: 10/07/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Alyssa Crawford c/o Daniel Zemans 2023 W. Berteau Ave. Chicago, IL 60618 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/22 | | $0.00 $0.00 | $0.00 | $0.00 |
| | American Express PO Box 297879 Fort Lauderdale, FL 33329 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/22 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Ascentium Capital 23970 Highway 59 North Kingwood, TX 77339 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/22 | | $0.00 $0.00 | $0.00 | $0.00 |
| | BMO Harris Bank PO Box 2008 Milwaukee, WI 53201 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/22 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Bank of America PO Box 982238 El Paso, TX 79998 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/22 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Capital One Bank PO Box 31293 Salt Lake City, UT 84131 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/22 | | $0.00 $0.00 | $0.00 | $0.00 |
| | City of Chicago Department of Admin. Hearings 400 W. Superior Chicago, IL 60654 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/22 | | $0.00 $0.00 | $0.00 | $0.00 |

Page: 4

## Exhibit C

## Analysis of Claims Register

### Case: 22-00746 CAMARA BOWDEN

Claims Bar Date: 10/07/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Comenity Bank<br>PO Box 182789<br>Columbus, OH 43218<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Discover<br>PO Box 15316<br>Wilmington, DE 19850<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Municipal Collection Service<br>PO Box 327<br>Palos Heights, IL 60463<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Patrick Hutsona,<br><br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Robert Cole<br>c/o Daniel Zemans<br>2023 W. Berteau Ave.<br>Chicago, IL 60618<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Samsara<br>1170 Peachtree Street, 9th Floor<br>Atlanta, GA 30309<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Santander Bank, N.A.<br>3 Huntington Quad<br>Suite 101N<br>Melville, NY 11747<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>02/07/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |

## Exhibit C

## Analysis of Claims Register

### Case: 22-00746 CAMARA BOWDEN

Claims Bar Date: 10/07/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Sedrick Morris c/o Shimanovsky & Moscardini 130 S. Jefferson St., Suite 350 Chicago, IL 60661 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/22 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Shanice Hayes 6411 S. Washtenaw Ave. Chicago, IL 60629 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/22 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Synovus Bank 1797 N. East Expy NE Brookhaven, GA 30329 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/22 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Transworld Systems Inc. 500 Virginia Drive, Suite 514 Fort Washington, PA 19034 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/22 | | $0.00 $0.00 | $0.00 | $0.00 |
| | US Bank 4325 17th Ave. Fargo, ND 58125 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/22 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Verizon 1100 Winter Street Suite 4600 Waltham, MA 02451 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/22 | | $0.00 $0.00 | $0.00 | $0.00 |
| 1 | Santander Bank, N.A. 3 Huntington Quad Suite 101N Melville, NY 11747 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/16/22 | | $131,676.09 $131,676.09 | $0.00 | $131,676.09 |

## Exhibit C

## Analysis of Claims Register

### Case: 22-00746 CAMARA BOWDEN

Claims Bar Date: 10/07/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>07/12/22 | | $9,772.85<br>$9,772.85 | $0.00 | $9,772.85 |
| 3 | Bank of America, N.A.<br>PO Box 15102<br>Wilmington, DE 198865102<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>07/18/22 | | $11,100.82<br>$11,100.82 | $0.00 | $11,100.82 |
| 4U | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>07/19/22 | | $65,005.80<br>$65,005.80 | $0.00 | $65,005.80 |
| 5 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 282721083<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>07/20/22 | | $2,824.57<br>$2,824.57 | $0.00 | $2,824.57 |
| 6 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>08/04/22 | | $17,708.43<br>$17,708.43 | $0.00 | $17,708.43 |
| 7 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>08/04/22 | | $51,915.64<br>$51,915.64 | $0.00 | $51,915.64 |
| 8 | JPMorgan Chase Bank, N.A.<br>PO BOX 15368<br>Wilmington, DE 19850<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>08/17/22 | | $37,911.75<br>$37,911.75 | $0.00 | $37,911.75 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Analysis of Claims Register

### Case: 22-00746 CAMARA BOWDEN

Claims Bar Date: 10/07/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | JPMorgan Chase Bank, N.A. PO BOX 15368 Wilmington, DE 19850 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 08/17/22 | | $21,171.06 $21,171.06 | $0.00 | $21,171.06 |
| 10 | JPMorgan Chase Bank, N.A. PO BOX 15368 Wilmington, DE 19850 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 08/17/22 | | $6,099.26 $6,099.26 | $0.00 | $6,099.26 |
| 11 | JPMorgan Chase Bank, N.A. c/o Mark A. Jarman P.O. Box 29550 Mail Code AZ2-0100 Phoenix, AZ 85038 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 09/13/22 | | $21,547.20 $21,547.20 | $0.00 | $21,547.20 |
| 12-2 | Ascentium Capital 23970 Highway 59 North Kingwood, TX 77339 <7100-000 General Unsecured - § 726(a)(2)> , 610 Amended claim filed 12/20.22 | Unsecured 09/14/22 | | $13,101.72 $13,101.72 | $0.00 | $13,101.72 |
| 13-2 | Ascentium Capital 23970 Highway 59 North Kingwood, TX 77339 <7100-000 General Unsecured - § 726(a)(2)> , 610 Claim amended 12/20/22 | Unsecured 09/14/22 | | $6,038.14 $6,038.14 | $0.00 | $6,038.14 |
| 14 | Greensky, LLC/Home Depot Loan 1797 North East Expressway, Suite 100 Atlanta, GA 30329-3614 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 09/28/22 | | $32,563.56 $32,563.56 | $0.00 | $32,563.56 |
| 15 | Quantum3 Group LLC as agent for PO Box 2489 Kirkland, WA 980832489 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 09/29/22 | | $1,238.02 $1,238.02 | $0.00 | $1,238.02 |

## Exhibit C

## Analysis of Claims Register

### Case: 22-00746 CAMARA BOWDEN

Claims Bar Date: 10/07/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | U.S. Bank National Association 4801 Frederica Street Owensboro, KY 42301 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 10/07/22 | | $7,838.04 $7,838.04 | $0.00 | $7,838.04 |

| | | Case Total: | $0.00 | $475,430.44 |
|---|---|---|---|---|

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 22-00746
Case Name: CAMARA BOWDEN
Trustee Name: Ira Bodenstein

**Balance on hand:**   $ _____ 12,917.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $ _____ 0.00
Remaining balance:   $ _____ 12,917.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,176.91 | 0.00 | 2,176.91 |
| Trustee, Expenses - Ira Bodenstein | 24.00 | 0.00 | 24.00 |

Total to be paid for chapter 7 administrative expenses:   $ _____ 2,200.91
Remaining balance:   $ _____ 10,717.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $ _____ 0.00
Remaining balance:   $ _____ 10,717.06

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $35,716.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Internal Revenue Service | 35,716.58 | 0.00 | 10,717.06 |

UST Form 101-7-TFR(5/1/2011)

|  | Total to be paid for priority claims: | $ | 10,717.06 |
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $437,512.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Santander Bank, N.A. | 131,676.09 | 0.00 | 0.00 |
| 2 | Discover Bank | 9,772.85 | 0.00 | 0.00 |
| 3 | Bank of America, N.A. | 11,100.82 | 0.00 | 0.00 |
| 4U | Internal Revenue Service | 65,005.80 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 2,824.57 | 0.00 | 0.00 |
| 6 | American Express National Bank | 17,708.43 | 0.00 | 0.00 |
| 7 | American Express National Bank | 51,915.64 | 0.00 | 0.00 |
| 8 | JPMorgan Chase Bank, N.A. | 37,911.75 | 0.00 | 0.00 |
| 9 | JPMorgan Chase Bank, N.A. | 21,171.06 | 0.00 | 0.00 |
| 10 | JPMorgan Chase Bank, N.A. | 6,099.26 | 0.00 | 0.00 |
| 11 | JPMorgan Chase Bank, N.A. | 21,547.20 | 0.00 | 0.00 |
| 12-2 | Ascentium Capital | 13,101.72 | 0.00 | 0.00 |
| 13-2 | Ascentium Capital | 6,038.14 | 0.00 | 0.00 |
| 14 | Greensky, LLC/Home Depot Loan | 32,563.56 | 0.00 | 0.00 |
| 15 | Quantum3 Group LLC as agent for | 1,238.02 | 0.00 | 0.00 |
| 16 | U.S. Bank National Association | 7,838.04 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  |  | None |  |  |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**