UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 22-00746 |
|---|---|---|
| CAMARA BOWDEN, | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| Debtor(s) | ) | |

### ORDER APPROVING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee compensation         $2,176.91
2. Trustee expenses             $   24.00

    TOTAL                       $2,200.91

3. Chapter 11 Trustee's Compensation   $  0.00
4. Chapter 11 Trustee's Expenses       $  0.00

    TOTAL                       $   0.00

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation              $  0.00
   b. Expenses                  $  0.00
   c. Chapter 11 Compensation   $  0.00
   d. Chapter 11 Expenses       $  0.00

2. Accountant for the Trustee
   a. Compensation              $  0.00
   b. Expenses                  $  0.00
   c. Chapter 11 Compensation   $  0.00
   d. Chapter 11 Expenses       $  0.00

3. Other Professionals

    TOTAL                       $2,200.91

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above and the distributions to creditors as set forth in the Trustee's approved Final Report.

Enter: *[signature: Donald R. Cassling]*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  October 24, 2023

**Prepared by:**

Ira Bodenstein
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 474-1647
ibodenstein@cozen.com