**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: CAMARA BOWDEN  § Case No. 22-00746
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,197,343.08 | Assets Exempt: | $143,230.02 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $10,717.06 | Claims Discharged Without Payment: | $542,261.64 |
| Total Expenses of Administration: | $3,552.00 | | |

3) Total gross receipts of $14,750.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $480.94 (see **Exhibit 2**), yielded net receipts of $14,269.06 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,129,036.88 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,552.00 | $3,552.00 | $3,552.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $16,168.00 | $35,716.58 | $35,716.58 | $10,717.06 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $104,748.69 | $437,512.95 | $437,512.95 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,249,953.57 | $476,781.53 | $476,781.53 | $14,269.06 |

4) This case was originally filed under chapter 7 on 01/23/2022. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/18/2023           By: /s/ Ira Bodenstein
                                Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Ford Ranger, 300000 miles | 1229-000 | $1,000.00 |
| 2016 Toyota Tacoma, 200000 miles | 1229-000 | $5,900.00 |
| 2016 Toyota Tacoma, 200000 miles | 1229-000 | $4,100.00 |
| 2016 Toyota Tacoma, 200000 miles | 1229-000 | $3,750.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,750.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CAMARA BOWDEN | Exemption payment on 2016 Toyota Tacoma | 8100-002 | $480.94 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$480.94** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | BMO Harris | 4110-000 | $10,771.00 | NA | NA | NA |
| N/F | Chase | 4110-000 | $21,377.00 | NA | NA | NA |
| N/F | Chase Home Mortgage | 4110-000 | $369,603.00 | NA | NA | NA |
| N/F | Homepoint | 4110-000 | $625,962.74 | NA | NA | NA |
| N/F | Homepoint | 4110-000 | $71,000.00 | NA | NA | NA |
| N/F | Peoples Energy Credit Union | 4110-000 | $30,323.14 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,129,036.88** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2100-000 | NA | $2,176.91 | $2,176.91 | $2,176.91 |
| Trustee, Expenses - Ira Bodenstein | 2200-000 | NA | $24.00 | $24.00 | $24.00 |
| Auctioneer Expenses - American Auction Associates, Inc | 3620-000 | NA | $1,126.38 | $1,126.38 | $1,126.38 |
| Bank Service Fees - East West Bank | 2600-000 | NA | $224.71 | $224.71 | $224.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,552.00** | **$3,552.00** | **$3,552.00** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Internal Revenue Service | 5800-000 | NA | $35,716.58 | $35,716.58 | $10,717.06 |
| N/F | Illinois Department of Revenue | 5600-000 | $3,847.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $12,321.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$16,168.00** | **$35,716.58** | **$35,716.58** | **$10,717.06** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Santander Bank, N.A. | 7100-000 | NA | $131,676.09 | $131,676.09 | $0.00 |
| 2 | Discover Bank | 7100-000 | NA | $9,772.85 | $9,772.85 | $0.00 |
| 3 | Bank of America, N.A. | 7100-000 | NA | $11,100.82 | $11,100.82 | $0.00 |
| 4U | Internal Revenue Service | 7100-000 | NA | $65,005.80 | $65,005.80 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | NA | $2,824.57 | $2,824.57 | $0.00 |
| 6 | American Express National Bank | 7100-000 | NA | $17,708.43 | $17,708.43 | $0.00 |
| 7 | American Express National Bank | 7100-000 | NA | $51,915.64 | $51,915.64 | $0.00 |
| 8 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $37,911.75 | $37,911.75 | $0.00 |
| 9 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $21,171.06 | $21,171.06 | $0.00 |
| 10 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $6,099.26 | $6,099.26 | $0.00 |
| 11 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $21,547.20 | $21,547.20 | $0.00 |
| 12-2 | Ascentium Capital | 7100-000 | NA | $13,101.72 | $13,101.72 | $0.00 |
| 13-2 | Ascentium Capital | 7100-000 | NA | $6,038.14 | $6,038.14 | $0.00 |
| 14 | Greensky, LLC/Home Depot Loan | 7100-000 | NA | $32,563.56 | $32,563.56 | $0.00 |
| 15 | Quantum3 Group LLC as agent for | 7100-000 | NA | $1,238.02 | $1,238.02 | $0.00 |
| 16 | U.S. Bank National Association | 7100-000 | NA | $7,838.04 | $7,838.04 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | 1C System Inc | 7100-000 | $379.00 | NA | NA | NA |
| N/F | Alyssa Crawford | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American Express | 7100-000 | $16,500.00 | NA | NA | NA |
| N/F | Ascentium Capital | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BMO Harris Bank | 7100-000 | $4,000.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $11,101.00 | NA | NA | NA |
| N/F | Capital One Bank | 7100-000 | $1,950.00 | NA | NA | NA |
| N/F | City of Chicago | 7100-000 | $5,040.00 | NA | NA | NA |
| N/F | Comenity Bank | 7100-000 | $1,448.00 | NA | NA | NA |
| N/F | Discover | 7100-000 | $9,773.00 | NA | NA | NA |
| N/F | Municipal Collection Service | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Patrick Hutsona | 7100-000 | $3,782.69 | NA | NA | NA |
| N/F | Robert Cole | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Samsara | 7100-000 | $3,600.00 | NA | NA | NA |
| N/F | Santander Bank, N.A. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sedrick Morris | 7100-000 | $2,900.00 | NA | NA | NA |
| N/F | Shanice Hayes | 7100-000 | $2,040.00 | NA | NA | NA |
| N/F | Synovus Bank | 7100-000 | $32,135.00 | NA | NA | NA |
| N/F | Transworld Systems Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | US Bank | 7100-000 | $8,000.00 | NA | NA | NA |
| N/F | Verizon | 7100-000 | $1,900.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$104,748.69** | **$437,512.95** | **$437,512.95** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 22-00746  
Case Name: BOWDEN, CAMARA  
For Period Ending: 12/18/2023

Trustee Name: (330129) Ira Bodenstein  
Date Filed (f) or Converted (c): 01/23/2022 (f)  
§ 341(a) Meeting Date: 02/15/2022  
Claims Bar Date: 10/07/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 11624 S. Bell Ave., Chicago, IL 60643-0000, Cook County | 360,000.00 | 0.00 | | 0.00 | FA |
| 2 | 4728 S. Prairie Ave., Chicago, IL 60615-0000, Cook County | 685,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2003 Lexus ES-300, 190000 miles | 500.00 | 500.00 | | 0.00 | FA |
| 4 | 2018 Mazda CX-9, 40000 miles | 11,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2017 Lexus GS-350, 46000 miles | 30,632.00 | 308.86 | | 0.00 | FA |
| 6 | Contents of three-bedroom, three-and-a-half-bath home: Three bedroom sets, living room set, dining room set, snowblower, kitchenware | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | Four tvs, two computers, iPad, cell phone | 500.00 | 500.00 | | 0.00 | FA |
| 8 | Household decor | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Bicycle | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Necessary wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 11 | One Yorkie ("Harlem") | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Checking: Bank of America, x1099 | 1,052.03 | 0.00 | | 0.00 | FA |
| 14 | Savings: Bank of America, x2427 | 1,700.79 | 0.00 | | 0.00 | FA |
| 15 | Checking: Chase, x9668 | 415.99 | 0.00 | | 0.00 | FA |
| 16 | Savings: Chase, x2527 | 100.01 | 0.00 | | 0.00 | FA |
| 17 | Savings: Chase, x7227 | 100.24 | 0.00 | | 0.00 | FA |
| 18 | Brokerage: Robin Hood | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Checking: Marquette Bank x9437 | 50.00 | 0.00 | | 0.00 | FA |
| 20 | Nonpublic stock and businesses: ACD Emergency Road Services LLC, (dissolved) owns half-interest in three Toyota Tacomas and one Ford Ranger, owns two tow trucks (financed with Ascentium) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | OCB Properties LLC (dissolved), owns Chase account x5654 with $170, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Olimade Towing Services LLC (owns 33%, joint with wife and Michael Hopkins), 33% ownership | Unknown | Unknown | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 22-00746 | | Trustee Name: | (330129) Ira Bodenstein |
|---|---|---|---|---|
| Case Name: | BOWDEN, CAMARA | | Date Filed (f) or Converted (c): | 01/23/2022 (f) |
| | | | § 341(a) Meeting Date: | 02/15/2022 |
| For Period Ending: | 12/18/2023 | | Claims Bar Date: | 10/07/2022 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | 401 (k): Fidelity | 40,000.00 | 0.00 | | 0.00 | FA |
| 24 | Ret. or Pension Acct.: People's Gas provides a pension, not vested at petition date | Unknown | Unknown | | 0.00 | FA |
| 25 | Bright Start, debtor owns account for kids' benefit | 21,900.00 | 0.00 | | 0.00 | FA |
| 26 | Int. in Ins. policies: Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 27* | 2016 Toyota Tacoma, 200000 miles (u)<br>Registered jointly to debtor and ACD. Entire property value: $1,000.00 (See Footnote) | 1,000.00 | 519.06 | | 5,900.00 | FA |
| 28* | 2016 Toyota Tacoma, 200000 miles (u)<br>Registered jointly to debtor and ACD. Entire property value: $2,500.00 (See Footnote) | 2,500.00 | 2,500.00 | | 4,100.00 | FA |
| 29* | 2016 Toyota Tacoma, 200000 miles (u)<br>Registered jointly to debtor and ACD. Entire property value: $2,500.00 (See Footnote) | 2,500.00 | 2,500.00 | | 3,750.00 | FA |
| 30* | 2011 Ford Ranger, 300000 miles (u)<br>Registered jointly to debtor and ACD. Entire property value: $1,250.00 (See Footnote) | 1,250.00 | 1,250.00 | | 1,000.00 | FA |
| 31 | 2017 Nissan Frontier, 150000 miles (u)<br>Entire property value: $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 32 | Northwestern Mutual: Debtor is entitled to disability in the amount of $2,000 per month, plus an ~$16,000 arrerarage as of petition date: Camara Bowden (u) | 18,000.00 | 0.00 | | 0.00 | FA |
| 33 | Northwestern Mutual (x4294, x3880, x9357), "adjustable complife" policy: Dantea Grayson (debtor's wife) (u) | 25,042.02 | 0.00 | | 0.00 | FA |
| **33** | **Assets Totals (Excluding unknown values)** | **$1,204,593.08** | **$9,077.92** | | **$14,750.00** | **$0.00** |

RE PROP# 27   Auction sale 7/23/22 Approved 7/5/22 Docket #39
RE PROP# 28   Auction sale 7/23/22 Approved 7/5/22 Docket # 39
RE PROP# 29   Auction sale 7/23/22 Approved 7/5/22 Docket # 39
RE PROP# 30   Auction sale 7/23/22 Approved 7/5/22 Docket # 39

**Major Activities Affecting Case Closing:**

04/12/23 Waiting for final documents from debtor re: potential asset.

| Initial Projected Date Of Final Report (TFR): | 03/31/2023 | Current Projected Date Of Final Report (TFR): | 03/31/2024 |
|---|---|---|---|

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 22-00746  
**Case Name:** BOWDEN, CAMARA  

**For Period Ending:** 12/18/2023

**Trustee Name:** (330129) Ira Bodenstein  
**Date Filed (f) or Converted (c):** 01/23/2022 (f)  
**§ 341(a) Meeting Date:** 02/15/2022  
**Claims Bar Date:** 10/07/2022  

| 12/18/2023 | /s/Ira Bodenstein |
|---|---|
| Date | Ira Bodenstein |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 22-00746 | Trustee Name: | Ira Bodenstein (330129) |
|---|---|---|---|
| Case Name: | BOWDEN, CAMARA | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***4135 | Account #: | ******0274 Checking |
| For Period Ending: | 12/18/2023 | Blanket Bond (per case limit): | $43,523,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/22/22 | | American Auction Associates, Inc | Sale of vehicles approved 7/5/22 Dkt # 39/ Auction occurred 7/23/22 | | 14,750.00 | | 14,750.00 |
| | {27} | | Auction sale 7/23/22 Approved 7/5/22 Docket # 39  $5,900.00 | 1229-000 | | | |
| | {28} | | Auction sale 7/23/22 Approved 7/5/22 Docket # 39  $4,100.00 | 1229-000 | | | |
| | {29} | | Auction sale 7/23/22 Approved 7/5/22 Docket # 39  $3,750.00 | 1229-000 | | | |
| | {30} | | Auction sale 7/23/22 Approved 7/5/22 Docket # 39  $1,000.00 | 1229-000 | | | |
| 08/29/22 | 101 | American Auction Associates, Inc | Payment of Auction expenses Order entered 7/6/22 Dkt # 39 Deposited 8/29/22 IB | 3620-000 | | 1,126.38 | 13,623.62 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.51 | 13,618.11 |
| 09/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 22.24 | 13,595.87 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 21.06 | 13,574.81 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 23.20 | 13,551.61 |
| 12/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 21.71 | 13,529.90 |
| 01/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 23.12 | 13,506.78 |
| 02/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.20 | 13,486.58 |
| 03/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 22.33 | 13,464.25 |
| 04/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.14 | 13,444.11 |
| 05/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 23.70 | 13,420.41 |
| 06/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 21.50 | 13,398.91 |
| 09/01/23 | 102 | CAMARA BOWDEN | Exemption payment on 2016 Toyota Tacoma | 8100-002 | | 480.94 | 12,917.97 |
| 10/26/23 | 103 | Ira Bodenstein | Distribution payment - Dividend paid at 100.00% of $2,176.91; Claim # FEE; Filed: $2,176.91 | 2100-000 | | 2,176.91 | 10,741.06 |
| 10/26/23 | 104 | Ira Bodenstein | Distribution payment - Dividend paid at 100.00% of $24.00; Claim # TE; Filed: $24.00 | 2200-000 | | 24.00 | 10,717.06 |
| 10/26/23 | 105 | Internal Revenue Service | Distribution payment - Dividend paid at 30.01% of $35,716.58; Claim # 4P; Filed: $35,716.58 | 5800-000 | | 10,717.06 | 0.00 |

Page Subtotals:    $14,750.00    $14,750.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 22-00746 | Trustee Name: | Ira Bodenstein (330129) |
|---|---|---|---|
| Case Name: | BOWDEN, CAMARA | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***4135 | Account #: | ******0274 Checking |
| For Period Ending: | 12/18/2023 | Blanket Bond (per case limit): | $43,523,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 14,750.00 | 14,750.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | Subtotal | | | 14,750.00 | 14,750.00 | |
| | | | Less: Payments to Debtors | | | 480.94 | |
| | | NET Receipts / Disbursements | | | $14,750.00 | $14,269.06 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-00746 | **Trustee Name:** | Ira Bodenstein (330129) |
| **Case Name:** | BOWDEN, CAMARA | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***4135 | **Account #:** | ******0274 Checking |
| **For Period Ending:** | 12/18/2023 | **Blanket Bond (per case limit):** | $43,523,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $14,750.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $480.94 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $14,269.06 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0274 Checking | $14,750.00 | $14,269.06 | $0.00 |
| | **$14,750.00** | **$14,269.06** | **$0.00** |

12/18/2023
Date

/s/Ira Bodenstein
Ira Bodenstein

UST Form 101-7-TDR (10 /1/2010)